**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00455-CV

**KIMBERLEY PETTIGREW, Appellant**

**V.**

**MEGAN REEVES & BRIANA TROY, Appellees**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-03642-2011**

## ORDER

The Court has before it the June 27, 2013 request of Claudia Webb, official court reporter for the Collin County Court at Law No. 4, for an extension of time in which to file the reporter's record. The Court **GRANTS** the request and **ORDERS** that the reporter's record be filed within forty-five days of the date of this order.

/s/   ELIZABETH LANG-MIERS
      JUSTICE